IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| MARIA L. DICKERSON and CHARLES L. DICKERSON, | § § No. 267, 2016 |
| | § |
| Plaintiffs Below, Appellants, | § Court Below—Superior Court § of the State of Delaware |
| | § |
| v. | § C.A. No. S15C-04-022 |
| | § |
| NATIONAL MUTUAL INSURANCE COMPANY, a foreign corporation, | § § § § |
| | § |
| Defendant Below, Appellee. | § § |

Submitted: November 2, 2016
Decided: November 10, 2016

Before **HOLLAND**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 10th day of November 2016, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its April 25, 2016 opinion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice